UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

JONATHAN WAYNE GOFORTH,

    Petitioner,

V.

WARDEN RANDY WHITE,

    Respondent.

Civil Action No. 5: 09-352-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

    Consistent with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

    1.    Jonathan Wayne Goforth's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [R. 9] is **DENIED WITH PREJUDICE**;

    2.    This action is **DISMISSED** and **STRICKEN** from the Court's docket;

    3.    Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding; and

    4.    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

    Dated: March 27, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY